IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WEST FINEST MARKET, INC.,** a New York Corporation; and **ISMAIL ABDO SALEH**, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br> Defendant. | **CASE NO. 5:24-cv-01363 (DNH-MJK)** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, West Finest Market, Inc., a New York Corporation and Ismail Abdo Saleh, an Individual, by and through their undersigned counsel, and hereby file this Notice of Voluntary Dismissal With Prejudice and without costs as among each other pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Defendant has not filed an Answer or Motion for Summary Judgment in this matter. Accordingly, pursuant to the Rule, the Plaintiffs may dismiss this matter with prejudice upon notice.

Dated: December 13, 2024

Respectfully submitted,

**METROPOLITAN LAW GROUP, PLLC**

IT IS SO ORDERED:

/s/ David N. Hurd
David N. Hurd
U.S. District Judge

Dated: 12-17-2024

/s/ Andrew Z. Tapp
Andrew Z. Tapp, Esq.
Florida Bar Number: 68002
*Pro Hac Vice*
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658
Fax: (813) 330-3129
Email: Andrew@Metropolitan.Law
LaJeana@Metropolitan.Law

**COUNSEL FOR PLAINTIFFS**